# KENNETH A. ELAN
ATTORNEY AT LAW
217 BROADWAY - SUITE 603
NEW YORK, NEW YORK 10007
(212) 619-0261
FAX (212) 385-2707

April 10, 2014

Hon. Edgardo Ramos
U.S. District Court
Southern District of New York
Federal Building
300 Quarropas Street
White Plains, New York 10601-4150

Re: Sussman v. I.C. System, Inc.
12-CV-0181 (ER)

Dear Judge Ramos:

I am the attorney for defendant I.C. System, Inc. By Order dated March 24, 2014, Your Honor stayed all proceedings in this matter for 60 days (i.e., until June 24, 2014) pending the outcome of a mediation. Counsel for the parties and I.C.'s insurance carrier agreed on a mediation date of June 26, 2014 in order to accommodate the schedules of the attorneys who are required to attend. The mediation shall be conducted under the auspices of JAMS. The designated mediator is the Hon. Stephen Crane, a retired judge of the Appellate Division.

Since the agreed-upon date of the mediation is beyond the 60 day stay granted by Your Honor, on behalf of IC, request is hereby made for an extension of the stay until Friday, July 18, 2014. I reasonably believe that this will give sufficient time to conduct one or more sessions of a mediation. I further note that counsel for the parties and IC's insurance carrier join in the request for the extension of the stay deadline.

Thank you for your time and consideration of this matter.

Respectfully yours,

KENNETH A. ELAN

KAE:mco
cc: All Counsel